FILED
CLERK, U.S. DISTRICT COURT

05/24/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>DERRICK WADE GADBERRY<br>USMS# 92959-298<br>DEFENDANT(S). | CASE NUMBER<br>20CR1205-LAB-1    5:21-mj-00366 | |
| | **DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: Probation Violation Petition
in the Southern District of California on 4/15/2021
at 11:49 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 3/26/2021
in violation of Title 18 U.S.C., Section(s) 3583(e)(3)
to wit: _____

A warrant for defendant's arrest was issued by: Judge Larry Burns

Bond of $ 0 was ☒ set / ☐ recommended.

Type of Bond: None

Relevant document(s) on hand (attach): Arrest Warrant & Petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/24/2021
                    Date

_[signature] #31023_
Signature of Agent

Steven Lipscomb
Print Name of Agent

US Marshal Service
Agency

Deputy Marshal
Title